

OK TO ISSUE
Name of Company:
Client Signature:

Request No: X-3348/ASHFORD

## Application for Import Letter of Credit

DRAFT

May 15, 2009

Please issue an irrevocable, transferable commercial letter of credit as set forth below and foward same to your branch office or correspondent bank for delivery to the beneficiary.

Expiry Date: July 13, 2009
Latest shipping date: June 28, 2009

Expiry Place: Negociating Bank's Counters
Advise credit by: Cable
Applicant's Name and Address:
Carrefour Informatique Tremblant Inc
460 Montee Kavanagh
Mont Tremblant
Quebec, J8E 2P2
Canada

Beneficiary's Name and Address:
Dependable Component Supply
1003 E. Newport, Center Drive
Deerfield Beach, FL 33442, USA

Beneficiary's Bank and Address:
Bank of America
401 E Los Olas blvd,
Ft Lauderale, FL 33301, USA
SWIFT: BOFAUS3NXXX

### AMOUNT INFORMATION

Amount: USD 532,5??
Variance:
Maximum Credit Amt:
Percentage of Invoice:
Additional Amount Spec.:

### AVAILABLE WITH

Credit available with:      Any Bank
Available by:               Negotiation
Drafts at:                  Days Sight:
                            days: 60
Additional tenor
information:
Drawee:                     First American Bank

4. Documents to be presented within 15 days after the Truck Bill of Lading date, but within the validity of the L/C.
5. This letter of credit is transferable in whole or part, provided this original credit is presented to Bank of America, USA for endorsement of transfer, under advice to us and their transfer commission is paid. Transfers to designated foreign nationals and/or specially designated nationals are not permitted as being contrary to U.S. Treasury Department, Foreign Assets Control Regulations. The transferring bank must inform us if the first beneficiary retains their rights to substitute their draft and invoices with those of the second beneficiary.
6. All documents must be issued in the English language.

**DRAFT**

Applicable Rules: UCP LATEST VERSION

The documentary credit is subject to the version of the ICC Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce, Paris, France, which is in effect on the date of issue.

**Please complete the following**

| Bank | |
|---|---|
| Your initials: | |
| On Hold | |

OK TO ISSUE
Name of Company:_____
Client Signature:_____

**DRAFT**

US Treasury.

22/05/09-15:51:06  LocalSwiftAcks-8957-000001  1

---------- Instance Type and Transmission ----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status : Network Ack
Priority/Delivery : Normal
Message Input Reference  : 1550 090522FAMBUS44AXXX5909016396
---------- Message Header ----------
Swift Input  : FIN 700 Issue of a Documentary Credit
Sender : FAMBUS44XXX -
    FIRST AMERICAN BANK
    ELK GROVE VILLAGE,IL US
Receiver: BOFAUS3NXXX
    BANK OF AMERICA, N.A.
    NEW YORK,NY US
MUR : EXPRESSTRADE
---------- Message Text ----------
27: Sequence of Total
    1/1
40A: Form of Documentary Credit
    IRREVOCABLE TRANSFERABLE
20: Documentary Credit Number
    RIMP/09/101858
31C: Date of Issue
    090522
40E: Applicable Rules
    UCP LATEST VERSION
31D: Date and Place of Expiry
    090713NEGOTIATING BANK'S COUNTERS
50: Applicant
    CARREFOUR INFORMATIQUE TREMBLANT
    INC., 460 MONTEE KAVANAGH,
    MONT TREMBLANT, QUEBEC J8E 2P2
    CANADA
59: Beneficiary - Name & Address
    DEPENDABLE COMPONENT SUPPLY
    1003 E. NEWPORT, CENTER DRIVE
    DEERFIELD BEACH, FL 33442, USA
32B: Currency Code, Amount
    Currency  : USD (US DOLLAR)
    Amount  :  #532,584.00#
41D: Available With...By... - Name&Addr
    ANY BANK
    BY NEGOTIATION
42C: Drafts at...
    DAYS SIGHT:60
42A: Drawee - BIC
    FAMBUS44
    FIRST AMERICAN BANK
    ELK GROVE VILLAGE,IL US
43P: Partial Shipments
    ALLOWED
43T: Transhipment
    ALLOWED
44A: Pl of Tking in Chrg / of Rcsipt
    DEERFIELD BEACH, FL, USA
44B: Pl of Final Dest / of Delivery
    MONT TREMBLANT, QUEBEC, CANADA
44C: Latest Date of Shipment
    090628
45A: Descriptn of Goods &/or Services
    COMPUTER COMPONENT AND ACCESSORIES AS PER PROFORMA INVOICE
    NO. 136558 DATED MAY
    8, 2009.
    FOB DEERFIELD BEACH, FL, USA CONTAINER SHIPMENTS: ALLOWED
46A: Documents Required
    1. SIGNED COMMERCIAL INVOICE ISSUED BY THE BENEFICIARY IN
    ONE ORIGINAL PLUS 3
    COPIES INDICATING LC NUMBER, NAME OF THE LC ISSUING BANK,
    AND FULL DETAILS OF
    THE GOODS SHIPPED.
    2. PACKING LIST IN ONE ORIGINAL AND 3 COPIES.
    3. TRUCK BILLS OF LADING CONSIGNED TO CORPORATE FUNDING PARTNERS,

22/05/09-15:51:06                    LocalSwiftAcks-8957-000001                                    2

460
MONTEE KAVANAGH, MONT TREMBLANT QUEBEC J8E 2P2, CANADA, MARKED FREIGHT
COLLECT AND INDICATING NOTIFY CARREFOUR INFORMATIQUE TREMBLANT INC, 460
MONTEE KAVANAGH, MONT TREMBLANT, QUEBEC J8E 2P2, CANADA.
4. ORIGINAL SHIPPING COMPLIANCE CERTIFICATE SIGNED AND ISSUED BY AN AUTHORIZED
OFFICER OF ASHFORD FINANCE LLC., 152 MADISON AVE. SUITE 1003, NEW YORK, NY
10016, USA ON THEIR LETTERHEAD AND COUNTERSIGNED BY THE TRADE FINANCE DIVISION
OF FIRST AMERICAN BANK, 1650 LOUIS AVENUE, ELK GROVE VILLAGE, IL 60007, USA.
5. NEGOTIATING BANK TO PRESENT A COPY OF AN AUTHENTICATED SWIFT MESSAGE FROM
FIRST AMERICAN BANK, ELK GROVE VILLAGE, IL (SWIFT: FAMBUS44) TO THE NEGOTIATING BANK,
VERIFYING THE AUTHENTICITY OF THEIR SIGNATURE ON THE ORIGINAL SHIPPING
COMPLIANCE CERTIFICATE.
47A: Additional Conditions
1. DRAWINGS UNDER THIS CREDIT MUST BE FOR 100 PERCENT OF THE INVOICE VALUE.
2. ALL BANK CHARGES OTHER THAN THOSE OF FIRST AMERICAN BANK'S LETTER OF CREDIT
ISSUANCE CHARGES ARE FOR BENEFICIARY'S ACCOUNT AND WILL NOT BE BORNE BY THE
ISSUING BANK AND SHOULD BE COLLECTED FROM THE BENEFICIARY AT TIME SERVICE IS
RENDERED BY THE ADVISING/REMITTING BANK.
3. DISCREPANT DOCUMENTS WILL BE SUBJECT TO A DISCREPANCY HANDLING FEE
WHICH WILL BE FOR BENEFICIARY'S ACCOUNT.
4. DOCUMENTS TO BE PRESENTED WITHIN 15 DAYS AFTER THE TRUCK BILL OF LADING
DATE, BUT WITHIN THE VALIDITY OF THE L/C.
5. THIS LETTER OF CREDIT IS TRANSFERABLE IN WHOLE OR PART, PROVIDED THIS
ORIGINAL CREDIT IS PRESENTED TO BANK OF AMERICA, USA FOR ENDORSEMENT OF
TRANSFER, UNDER ADVICE TO US AND THEIR TRANSFER COMMISSION IS PAID. TRANSFERS
TO DESIGNATED FOREIGN NATIONALS AND/OR SPECIALLY DESIGNATED NATIONALS ARE NOT PERMITTED AS BEING CONTRARY TO U.S. TREASURY DEPARTMENT,
FOREIGN ASSETS CONTROL REGULATIONS. THE TRANSFERRING BANK MUST INFORM US
IF THE FIRST BENEFICIARY RETAINS THEIR RIGHTS TO SUBSTITUTE THEIR
DRAFT AND INVOICES WITH THOSE OF THE SECOND BENEFICIARY.
6. ALL DOCUMENTS MUST BE ISSUED IN THE ENGLISH LANGUAGE.
7. REMITTING BANK/BENEFICIARY MUST INCLUDE A COPY OF EACH REQUIRED DOCUMENT
WITH THEIR PRESENTATION OR A COPY FEE OF USD15.00 WILL BE DEDUCTED FROM THE
PROCEEDS AT THE TIME OF PAYMENT.
8. NEGOTIATING/PRESENTING BANK'S COVER LETTER MUST INDICATE WHICH AMENDMENTS,
IF ANY, HAVE BEEN ACCEPTED BY THE BENEFICIARY.
49: Confirmation Instructions
WITHOUT
78: Instr to Payg/Acptg/Negotg Bank
REMITTING BANK TO FORWARD DOCUMENTS IN ONE MAILING TO FIRST
AMERICAN BANK, ATTN: TRADE FINANCE DIVISION, 1650 LOUIS AVENUE,
ELK GROVE VILLAGE, IL 60007 BY COURIER, AT BENEFICIARY'S EXPENSE,
UNDER SWIFT ADVICE TO US.  PLEASE INCLUDE YOUR PAYMENT INSTRUCTI
ONS. REMITTING BANK TO CERTIFY THAT THE AMOUNT OF EACH DRAFT
HAS BEEN ENDORSED ON THE REVERSE OF THIS ORIGINAL LETTER OF
CREDIT. PAYMENT WILL BE EFFECTED, IN ACCORDANCE WITH YOUR
INSTRUCTIONS, UPON RECEIPT OF COMPLYING DOCUMENTS AT OUR COUNTERS

22/05/09-15:51:06                           LocalSwiftAcks-8957-000001                                              3

+
57D: 'Advise Through' Bank -Name&Addr
    BANK OF AMERICA, FL
    401 E LOS OLAS BLVD.
    FT LAUDERALE, FL 33301
72: Sender to Receiver Information
    TRANSFER BANK: BANK OF AMERICA, FL
———————————— Message Trailer ————————————

{CHK:18B2D7EA1EDC}
PKI Signature: MAC-Equivalent
———————————— Interventions ————————————

Category    : Network Report
Creation Time : 22/05/09 15:50:49
Application : SWIFT Interface
Operator    : SYSTEM
Text
{1:F21FAMBUS44AXXX5909016396}{4:{177:0905221550}{451:0}{108:EXPRESSTRADE}}